IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02639-BNB

LUIE REAVES, JR.,

    Plaintiff,

v.

GOVERNOR JOHN HICKENLOOPER,
COLORADO DEPARTMENT OF CORRECTIONS, and
REGISTERED MEDICAL STAFF, names will be added,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Luie Reaves, Jr., is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Reaves initiated this action by filing *pro se* a letter to the Court (ECF No. 1) and a "Motion for Restraining Order from C-DOC" (ECF No. 2). On September 27, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Reaves to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland directed Mr. Reaves to file a complaint on the proper form and either to pay filing and administrative fees totaling $400.00 or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Reaves was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Reaves has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 27 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Reaves failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the "Motion for Restraining Order from C-DOC" (ECF No. 2) is denied as moot.

DATED at Denver, Colorado, this  4th  day of     November     , 2013.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court