IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02639-LTB

LUIE REAVES, JR.,

    Plaintiff,

v.

GOVERNOR JOHN HICKENLOOPER,
COLORADO DEPARTMENT OF CORRECTIONS, and
REGISTERED MEDICAL STAFF, names will be added,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 4, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 4 day of November, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/M. Fields
        Deputy Clerk